**WO**

1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6               FOR THE DISTRICT OF ARIZONA

7

8    United States of America,              )
                                            )    CR03-01069-001-PCT-JAT
9              Plaintiff,                    )
                                            )    **ORDER**
10   vs.                                     )
                                            )
11                                           )
                                            )
12   Kevin Ray Yellowman,                    )
                                            )
13             Defendant.                    )
                                            )
14   _____

15

16        The defendant appeared in court with counsel. The defendant's probable cause hearing

17   was submitted  and the detention hearing was held by defendant through defense counsel.

18   The Court finds probable cause to believe the defendant violated the terms of his supervised

19   release as alleged in the petition.

20        IT IS ORDERED that the defendant is detained as flight risk and danger, pending

21   further revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he

22   is not a flight risk or a danger.

23        DATED this 19th day of December, 2013.

24

25                                  _____
                                         Mark E. Aspey
26                                  United States Magistrate Judge

27

28